■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIENNE RIVERA, Appellant. [36 NYS3d 604]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Condon, J.), imposed March 14, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant knowingly, voluntarily, and intelligently waived her right to appeal (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 256 [2006]). The defendant's valid waiver of her right to appeal forecloses appellate review of her claim that the sentence imposed was excessive (*see People v Gavarette*, 135 AD3d 785 [2016]; *People v Morrison*, 113 AD3d 877 [2014]). Eng, P.J., Mastro, Hall, Sgroi and Miller, JJ., concur.